

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00078-CR

EX PARTE RODGER CLAYCOMB, RELATOR

ORIGINAL PROCEEDING

November 22, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

In light of the Opinion issued November 22, 2022 in *Ex parte Claycomb*, No. 07-20-00238-CR, Relator's writ of prohibition and this Court's Order on Motion for Emergency Stay issued in *Ex parte Claycomb*, 07-22-00078-CR on April 1, 2022, are hereby rendered moot. Therefore, Relator's writ and motion are both dismissed.

Lawrence M. Doss
Justice

Do not publish.